**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03014-PAB

DEMETRIO A. VALERGA,

    Applicant,

v.

ERIC HOLDER, JR.,

    Respondent.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order On Application For A Writ Of Habeas Corpus [Docket No. 19] of Judge Philip A. Brimmer, entered on January 9, 2014, it is

**ORDERED** that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1], filed on November 4, 2013, is DENIED.  Claims two, three, and four are DISMISSED on the merits and claim one is DISMISSED without prejudice for lack of jurisdiction.  It is

**FURTHER ORDERED** that this case is dismissed.

Dated at Denver, Colorado this 14th day of January, 2014.

> FOR THE COURT:
> JEFFREY P. COLWELL, CLERK
>
> s/Kathy Preuitt-Parks
>
> Kathy Preuitt-Parks
> Deputy Clerk